Rel: July 12, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2023-0919

Akeem Ajede v. Christopher Michael Anthony; Terry Wayne Anthony; South Oak Title, LLC; Precision Surveying, LLC; and Stewart Title Guaranty Company (Appeal from Elmore Circuit Court: CV-23-900109).

MITCHELL, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Shaw, Bryan, and Mendheim, JJ., concur.